# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
§
ROYAL EXPRESS GROUP, INC.,  §        Case No. 11-18307
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/01/2013 and the deadline for filing governmental claims was 10/01/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,589.57 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,589.57 , for a total compensation of $ 5,589.57 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/25/2014          By: /s/ Joyl E. Cohen
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-18307 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROYAL EXPRESS GROUP, INC., | Date Filed (f) or Converted (c): | 04/29/11 (f) |
| | | 341(a) Meeting Date: | 06/10/11 |
| For Period Ending: | 06/25/14 | Claims Bar Date: | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account at Bank of America | 300.00 | 0.00 | | 0.00 | 0.00 |
| 2. 1993 Peterbilt truck with aprox. 1,600,000.00 | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Account recvb Royal Express Group, Inc. v. Red Win | 10,944.00 | 0.00 | | 0.00 | 0.00 |
| 4. FRAUD, CONVEYANCE (u) | 0.00 | Unknown | | 48,395.66 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $16,244.00 | $0.00 | | $48,395.66 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. TRUSTEE IS PREPARING ADVERSARY COMPLAINTS TO AVOID VARIOUS TRANSFERS. TRUSTEE IS SETTLING VARIOUS ADVERSARY COMPLAINTS. TRUSTEE IS IN THE PROCESS OF SETTLING THE LAST REMANING ADVERSARY COMPLAINT FILED TO AVOID VARIOUS FRAULENT CONVEYANCES - January 15, 2014. TRUSTEE IS PREPARING HIS TFR AND SUBMITTING IT TO THE UST - June 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/14       Current Projected Date of Final Report (TFR): 07/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-18307 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROYAL EXPRESS GROUP, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7845 | | | |
| For Period Ending: | 06/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/03/13 | 4 | TOYOTA MOTOR CREDIT | Settlement of Adversary | 1241-000 | 2,823.48 | | 2,823.48 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,813.48 |
| 09/09/13 | 4 | INVERRARY CONDO ASSOCIATION | Settlement of Adversary | 1241-000 | 3,839.60 | | 6,653.08 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,643.08 |
| 09/27/13 | 4 | BANK OF AMERICA | Settlement of Adversary | 1241-000 | 8,000.00 | | 14,643.08 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,633.08 |
| 10/16/13 | 4 | JP MORGAN CHASE | Settlement of Adversary | 1241-000 | 8,720.00 | | 23,353.08 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.44 | 23,324.64 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.56 | 23,291.08 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.63 | 23,256.45 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.58 | 23,221.87 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.18 | 23,190.69 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 33.68 | 23,157.01 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.48 | 23,122.53 |
| 04/08/14 | 4 | CAPITAL ON SERVICES LLC | Settlement of Adversary | 1241-000 | 7,350.00 | | 30,472.53 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.39 | 30,431.14 |
| 05/22/14 | 4 | MORTGAGE SERVICE CENTER | SATISFACTION OF ADVERSARY JUDGMENT | 1241-000 | 14,143.00 | | 44,574.14 |
| 05/27/14 | 4 | COUNTY OF LAKE | Settlement of Adversary | 1241-000 | 3,519.58 | | 48,093.72 |

Page Subtotals   48,395.66   301.94

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-18307 -ABG |
| Case Name: | ROYAL EXPRESS GROUP, INC., |
| Taxpayer ID No: | *******7845 |
| For Period Ending: | 06/25/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2481 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 48,395.66 | 301.94 | 48,093.72 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 48,395.66 | 301.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 48,395.66 | 301.94 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2481 | 48,395.66 | 301.94 | 48,093.72 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 48,395.66 | 301.94 | 48,093.72 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: August 22, 2014 |

Case Number: 11-18307  
Debtor Name: ROYAL EXPRESS GROUP, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | CLERK, US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $2,344.00 | $2,344.00 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,589.57 | $5,589.57 |
| 001<br>3410-00 | COOKE & LEWIS, LTD., Accountant<br>2638 Patriot Blvd.<br>Suite 100<br>Glenview, IL 60026 | Administrative | | $0.00 | $3,438.75 | $3,438.75 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $24,123.12 | $24,123.12 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $33.68 | $33.68 |
| 000001<br>070<br>7100-00 | Key Equipment Finance, Inc.<br>c/o Teller,Levit & Silvertrust, P.C<br>19 South LaSalle Street, Suite 701<br>Chicago, IL 60603 | Unsecured | | $0.00 | $58,539.69 | $58,539.69 |
| | Case Totals: | | | $0.00 | $94,068.81 | $94,068.81 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-18307
Case Name: ROYAL EXPRESS GROUP, INC.,
Trustee Name: JOSEPH E. COHEN

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD., Accountant | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD., Accountant | $ | $ | $ |
| Charges: CLERK, US BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Key Equipment Finance, Inc. c/o Teller,Levit & Silvertrust, P.C 19 South LaSalle Street, Suite 701 Chicago, IL 60603 | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE