# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
ROYAL EXPRESS GROUP, INC.,  §  Case No. 11-18307
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 09/12/2014   in Courtroom ,

North Branch Court
1792 Nicole Lane
Round L:ake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                       Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ROYAL EXPRESS GROUP, INC., §   Case No. 11-18307
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 48,395.66 |
| and approved disbursements of | $ | 301.94 |
| leaving a balance on hand of[1] | $ | 48,093.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 5,589.57 | $ 0.00 | $ 5,589.57 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 24,002.50 | $ 0.00 | $ 24,002.50 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys for Trustee | $ 120.62 | $ 0.00 | $ 120.62 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD., Accountant | $ 3,168.75 | $ 0.00 | $ 3,168.75 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD., Accountant | $ 270.00 | $ 0.00 | $ 270.00 |
| Charges: CLERK, US BANKRUPTCY COURT | $ 2,344.00 | $ 0.00 | $ 2,344.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 33.68 | $ 33.68 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Total to be paid for chapter 7 administrative expenses      $      35,495.44

    Remaining Balance      $      12,598.28

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 58,539.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.5 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Key Equipment Finance, Inc.<br>c/o Teller,Levit & Silvertrust, P.C<br>19 South LaSalle Street, Suite 701<br>Chicago, IL 60603 | $ 58,539.69 | $ 0.00 | $ 12,598.28 |

    Total to be paid to timely general unsecured creditors      $      12,598.28

    Remaining Balance      $      0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                                                TRUSTEE


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-18307-ABG
Royal Express Group, Inc.                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: cgreen            Page 1 of 1         Date Rcvd: Aug 27, 2014
                            Form ID: pdf006         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2014.
```
db          +Royal Express Group, Inc.,    146 Inverrary Lane,    Deerfield, IL 60015-3601
17206615     AmEx,    American Express Business Card,    PO Box 0001,    Winthrop Harbor, IL 60096-8000
21058907    +Key Equipment Finance, Inc.,    c/o Teller, Levit & Silvertrust, P.C.,
              19 South LaSalle - Suite 701,    Chicago, Illinois 60603-1431
17206616    +Key Equipment Finance, Inc.,    c/o Teller,Levit & Silvertrust, P.C,
              19 South LaSalle Street, Suite 701,    Chicago, IL 60603-1431
17206617    +Robert Fleming,    8853 Three Flags Road,    Hesperia, CA 92344-0498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2014 at the address(es) listed below:
```
              Alexey Y Kaplan    on behalf of Debtor    Royal Express Group, Inc. alex@alexkaplanlegal.com
              Beth   Prager    on behalf of Defendant    Lake County Illinois Collector bprager@lakecountyil.gov
              Cameron W Kinvig    on behalf of Defendant    Capital One Financial Corporation ckinvig@hunton.com,
               creeves@hunton.com;telgie@hunton.com
              E. Philip  Groben    on behalf of Plaintiff Joseph E. Cohen, Trustee pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              E. Philip  Groben    on behalf of Plaintiff Joseph E. Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Accountant Stephen M Lewis jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Kevin  Posen    on behalf of Creditor    Key Equipment Finance, Inc. tls@tellerlevit.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Defendant    Bank of America, N.A. rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Rocio  Herrera    on behalf of Creditor    Bank of America, N.A. rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Ronald W Payne    on behalf of Defendant    PHH Mortgage Corporation rpayne@lbbslaw.com,
               dsanchez@lbbslaw.com
              Ronald W Payne    on behalf of Creditor    PHH Mortgage Corporation rpayne@lbbslaw.com,
               dsanchez@lbbslaw.com
                                                                                             TOTAL: 17
```