UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ROYAL EXPRESS GROUP, INC., § Case No. 11-18307
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants: Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter    on              . The case was pending for    months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                                                      Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Robert Fleming 8853 Three Flags Road Hesperia, CA 92345 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, US BANKRUPTCY COURT | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| COOKE & LEWIS, LTD., ACCOUNTANT | | | | | |
| COOKE & LEWIS, LTD., ACCOUNTANT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AmEx American Express Business Card PO Box 0001 Winthrop Harbor, IL 60096-8000 | | | | | |
| | Key Equipment Finance, Inc. c/o Teller,Levit & Silvertrust, P.C 11 E. Adams St., Ste. 800 Chicago, IL 60603 | | | | | |
| 000001 | KEY EQUIPMENT FINANCE, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-18307 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROYAL EXPRESS GROUP, INC., | Date Filed (f) or Converted (c): | 04/29/11 (f) |
| | | 341(a) Meeting Date: | 06/10/11 |
| For Period Ending: 12/16/14 | | Claims Bar Date: | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account at Bank of America | 300.00 | 0.00 | | 0.00 | 0.00 |
| 2. 1993 Peterbilt truck with aprox. 1,600,000.00 | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Account recvb Royal Express Group, Inc. v. Red Win | 10,944.00 | 0.00 | | 0.00 | 0.00 |
| 4. FRAUD, CONVEYANCE (u) | 0.00 | Unknown | | 48,395.66 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $16,244.00 | $0.00 | $48,395.66 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. TRUSTEE IS PREPARING ADVERSARY COMPLAINTS TO AVOID VARIOUS TRANSFERS. TRUSTEE IS SETTLING VARIOUS ADVERSARY COMPLAINTS. TRUSTEE IS IN THE PROCESS OF SETTLING THE LAST REMANING ADVERSARY COMPLAINT FILED TO AVOID VARIOUS FRAULENT CONVEYANCES - January 15, 2014. TRUSTEE IS PREPARING HIS TFR AND SUBMITTING IT TO THE UST - June 25, 2014. TFR WAS FILED WITH THE BK COURT ON JULY 26, 2014 - DISTRIBUTION MADE AND TRUSTEE PREPARING HIS TDR - Dec. 16, 2014.

Initial Projected Date of Final Report (TFR): 05/30/14        Current Projected Date of Final Report (TFR): 07/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-18307 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROYAL EXPRESS GROUP, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7845 | | | |
| For Period Ending: | 12/16/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/03/13 | 4 | TOYOTA MOTOR CREDIT | Settlement of Adversary | 1241-000 | 2,823.48 | | 2,823.48 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,813.48 |
| 09/09/13 | 4 | INVERRARY CONDO ASSOCIATION | Settlement of Adversary | 1241-000 | 3,839.60 | | 6,653.08 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,643.08 |
| 09/27/13 | 4 | BANK OF AMERICA | Settlement of Adversary | 1241-000 | 8,000.00 | | 14,643.08 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,633.08 |
| 10/16/13 | 4 | JP MORGAN CHASE | Settlement of Adversary | 1241-000 | 8,720.00 | | 23,353.08 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.44 | 23,324.64 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.56 | 23,291.08 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.63 | 23,256.45 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.58 | 23,221.87 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.18 | 23,190.69 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 33.68 | 23,157.01 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.48 | 23,122.53 |
| 04/08/14 | 4 | CAPITAL ON SERVICES LLC | Settlement of Adversary | 1241-000 | 7,350.00 | | 30,472.53 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.39 | 30,431.14 |
| 05/22/14 | 4 | MORTGAGE SERVICE CENTER | SATISFACTION OF ADVERSARY JUDGMENT | 1241-000 | 14,143.00 | | 44,574.14 |
| 05/27/14 | 4 | COUNTY OF LAKE | Settlement of Adversary | 1241-000 | 3,519.58 | | 48,093.72 |
| 09/15/14 | 300002 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Expenses | 2100-000 | | 5,589.57 | 42,504.15 |
| 09/15/14 | 300003 | CLERK, US BANKRUPTCY COURT 219 S. Dearborn Street Chicago, IL 60604 | Deferred Adversary Filing Fees | 2700-000 | | 2,344.00 | 40,160.15 |
| 09/15/14 | 300004 | COHEN & KROL, Attorneys for Trustee | Attorney for Trustee fees | | | 16,122.29 | 24,037.86 |

Page Subtotals  48,395.66  24,357.80

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-18307 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROYAL EXPRESS GROUP, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7845 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 West Madison Street Chicago, IL 60602 | Fees           16,001.67 Expenses        120.62 | 3110-000 3120-000 | | | |
| 09/15/14 | 300005 | JOSEPH E. COHEN, ATTORNEY 105 W. Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 8,000.83 | 16,037.03 |
| 09/15/14 | 300006 | COOKE & LEWIS, LTD., Accountant 2638 Patriot Blvd. Suite 100 Glenview, IL 60026 | Accountant for Trustee fees Accountant for Trustee fees Fees           3,168.75 Expenses        270.00 | 3410-000 3420-000 | | 3,438.75 | 12,598.28 |
| 09/15/14 | 300007 | Key Equipment Finance, Inc. c/o Teller,Levit & Silvertrust, P.C 19 South LaSalle Street, Suite 701 Chicago, IL 60603 | Claim 000001, Payment 21.52092% (1-1) Modified on 10/2/13 to correct creditors address(DR) | 7100-000 | | 12,598.28 | 0.00 |

|   | COLUMN TOTALS | 48,395.66 | 48,395.66 | 0.00 |
|---|---|---|---|---|
|   | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|   | Subtotal | 48,395.66 | 48,395.66 | |
|   | Less: Payments to Debtors | | 0.00 | |
|   | Net | 48,395.66 | 48,395.66 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2481 | 48,395.66 | 48,395.66 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 48,395.66 | 48,395.66 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals                0.00           24,037.86

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-18307 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROYAL EXPRESS GROUP, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7845 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******2481 | | Transfers) | To Debtors) | On Hand |

|  |  |  |  | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*